Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Brian G. Anderson, Esq.
Nevada Bar No. 10500
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Telephone: 702-669-4600
Facsimile:  702-669-4650
Email:  preilly@hollandhart.com
            bganderson@hollandhart.com

*Attorneys for Defendant*
*BMW Bank of North America*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD PUSIESKI,<br><br>                    Plaintiff,<br><br>vs.<br><br>BMW BANK OF NORTH AMERICA; HSBC BANK USA, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No. :  2:15-cv-00567-KJD-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND BY DEFENDANT BMW BANK OF NORTH AMERICA AND ORDER THEREON**<br><br>**(FIRST REQUEST)** |

Plaintiff Ronald Pusieski, by and through his attorneys of record, Kazerouni Law Group and Haines & Krieger, LLC, and Defendant BMW Bank of North America ("BMW Bank"), by and through their attorneys of record of Holland & Hart, LLP, hereby stipulate to extend the time allowed for BMW Bank to respond to Plaintiff Ronald Pusieski's Complaint [Dkt.1].  The parties stipulate and agree that the deadline for BMW Bank to submit it's response shall be extended to **July 24, 2015**.

/ / /

/ / /

/ / /

/ / /

/ / /

This is the first extension of time requested by the Defendant to respond to the Complaint.

DATED this 20th day of July, 2015.                    DATED this 20th day of July, 2015.

    /s/ Patrick J. Reilly                                          /s/ Danny J. Horen
Patrick J. Reilly, Esq.                                              Danny J. Horen, Esq.
Brian G. Anderson, Esq.                                        Kazerouni Law Group
Holland & Hart LLP                                                7854 W. Sahara Avenue
9555 Hillwood Drive, 2nd Floor                              Las Vegas, Nevada 89117
Las Vegas, NV  89134
                                                                              David H. Krieger, Esq.
                                                                              HAINES & KRIEGER, LLC
*Attorneys for Defendant*                                      8985 S. Eastern Avenue, Suite 130
*BMW Bank of North America*                              Henderson, Nevada 89123

                                                              *Attorneys for Plaintiff*

                                                              **ORDER**

DATED: July 21, 2015                                       IT IS SO ORDERED:

                                                            _____
                                                            United States Magistrate Judge

7928506_1