JACOB BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada  89169
Telephone:   (702) 792-3773
Facsimile:    (702) 792-9002
Emails:  bundickj@gtlaw.com
              hoguem@gtlaw.com
*Attorneys for Defendant HSBC Bank USA, N.A.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD PUSIESKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BMW BANK OF NORTH AMERICA, HSBC BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | CIVIL NO. 2:15-cv-00567-KJD-CWH<br><br>**ORDER:**<br>**(1) SUBSTITUTING REAL PARTY IN INTEREST, NATIONSTAR MORTGAGE, LLC, IN PLACE AND STEAD OF DEFENDANT HSBC BANK USA, N.A.; AND**<br>**(2) DISMISSING DEFENDANT HSBC BANK USA, N.A WITHOUT PREJUDICE** |

COME NOW, Plaintiff Ronald Pusieski, Defendant HSBC Bank USA, N.A., and Real Party in Interest, Nationstar Mortgage, LLC by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-,1 as follows:

IT IS HEREBY STIULATED THAT:

1.     NATIONSTAR MORTGAGE, LLC is hereby substituted as the Real Party in Interest in the place and stead of Defendant HSBC BANK USA, N.A.; and

/ / /

/ / /

/ / /

/ / /

/ / /

2. Defendant HSBC Bank USA, N.A is hereby dismissed, without prejudice, with each party bearing its own fees and costs.

Dated: November 9, 2015

**GREENBERG TRAURIG, LLP**

By: */s/ Jacob Bundick*
  JACOB BUNDICK, ESQ.
   Nevada Bar No. 9772
  MICHAEL R. HOGUE, ESQ.
   Nevada Bar No. 12400
   3773 Howard Hughes Parkway
   Suite 400 North
   Las Vegas, Nevada 89169
   Telephone:(702) 792-3773
   Facsimile: (702) 792-9002
   Emails:  bundickj@gtlaw.com
         hoguem@gtlaw.com
*Attorneys for Defendant HSBC Bank USA, N.A. and*
*Real Party in Interest*
*Nationstar Mortgage, LLC*

Dated: November 9, 2015

**KAZEROUNI LAW GROUP, APC**

By: */s/ Danny J. Horen*
  DANNY J. HOREN, ESQ.
   Nevada Bar No. 013153
   7854 W. Sahara Avenue
   Las Vegas, Nevada 89117
   Phone: (800) 400-6807x7
   Facsimile: (800) 520-5523
   Email: danny@kazlg.com

**HAINES & KRIEGER, LLC**
  DAVID H. KRIEGER, ESQ.
   Nevada Bar No. 9086
   8985 S. Eastern Avenue
   Suite 130
   Henderson, NV 89123
   Phone: 702-880-5554
   Fax: 702-383-5518
   Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Ronald Pusieski*

**ORDER**

IT IS SO ORDERED.

_____
US DISTRICT COURT JUDGE

DATED: November 16, 2015