JACOB BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone:   (702) 792-3773
Facsimile:    (702) 792-9002
Emails:   bundickj@gtlaw.com
              hoguem@gtlaw.com
*Attorneys for Defendant*
*Nationstar Mortgage LLC*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD PUSIESKI, an individual,<br><br>                     Plaintiff,<br><br>v.<br><br>BMW BANK OF NORTH AMERICA, HSBC BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                     Defendants. | CIVIL NO. 2:15-cv-00567-KJD-CWH<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT NATIONSTAR MORTGAGE LLC WITH PREJUDICE** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Ronald Pusieski ("Plaintiff") and NATIONSTAR MORTGAGE LLC ("Nationstar"), having reached settlement,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 3

*LV 420633903v1*

stipulate to dismiss Nationstar, with prejudice, as to Plaintiff's claims against Nationstar. Each party will bear its own costs, disbursements, and attorneys' fees.

Dated this 19th day of February, 2016.

By: ___/s/ Jacob Bundick_____
**GREENBERG TRAURIG, LLP**
JACOB BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada  89169
Telephone:   (702) 792-3773
Facsimile:    (702) 792-9002
Emails:   bundickj@gtlaw.com
              hoguem@gtlaw.com
*Attorneys for Defendant*
*Nationstar Mortgage, LLC*

By: ___/s/ Michael Kind_____
**KAZEROUNI LAW GROUP, APC**
MICHAEL KIND, ESQ.
Nevada Bar No. 13903
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
Phone:  (800) 400-6807x7
Facsimile:  (800) 520-5523
Email:  mkind@kazlg.com

**HAINES & KRIEGER, LLC**
DAVID H. KRIEGER, ESQ.
Nevada Bar No.  9086
8985 S. Eastern Avenue
Suite 350
Henderson, NV  89123
Phone:  702-880-5554
Fax:  702-383-5518
Email:  dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Ronald Pusieski*

## **ORDER**

Based upon the foregoing, Nationstar is HEREBY DIMISSED from the instant matter, with prejudice.

Dated this 22nd day of February, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2016, a true and correct copy of the foregoing **STIPULATION AND ORDER DISMISSING DEFENDANT NATIONSTAR MORTGAGE LLC WITH PREJUDICE** was served by email and by depositing the same in the United States Mail at Las Vegas, Nevada, first class postage fully pre-paid and addressed to the following at their last known address:

MICHAEL KIND, ESQ.
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
Phone: (800) 400-6807x7
Email: mkind@kazlg.com

DAVID H. KRIEGER, ESQ.
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Ronald Pusieski*

BRIAN G. ANDERSON, ESQ.
PATRICK J. REILLY, ESQ.
**HOLLAND & HART LLP**
9555 Hillwood Drive
Second Floor
Las Vegas, NV 89134
Emails  BGAnderson@hollandhart.com
             preilly@hollandhart.com
*Attorneys for Defendant BMW Bank of North West*

By: /s/ *Sandy Jackon*

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

LV 420633903v1