Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD PUSIESKI, <br><br> Plaintiff, <br> v. <br><br> BMW BANK OF NORTH AMERICA, HSBC USA, N.A. and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No.: 2:15-cv-00567-KJD-CWH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT BMW BANK OF NORTH AMERICA** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ronald Pusieski ("Plaintiff") and Defendant BMW Bank of North America ("Defendant") stipulate and agree to dismiss with prejudice all claims asserted by Plaintiff against Defendant in the above-entitled action. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 11th day of May 2016.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**HOLLAND & HART LLP**

By: /s/ Patrick J Reilly
Brian G. Anderson, Esq.
Patrick J Reilly, Esq.
9555 Hillwood Drive
Second Floor
Las Vegas, NV 89134
*Attorneys for BMW Bank of North America*

**IT IS SO ORDERED.**
    DATED this  16th  day of May, 2016

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON